VAN–019 Deficiency Notice – Petitions (BNC) – Rev. 07/02/2018

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
Leonard Doliveira
*( debtor has no known aliases )*
9001 Sweetbrook Ln
Apt 303
Raleigh, NC 27615

CASE NO.: 19–01590–5–SWH

DATE FILED: April 9, 2019

CHAPTER: 7

Tracyann Doliveira
*( debtor has no known aliases )*
9001 Sweetbrook Ln
Apt 303
Raleigh, NC 27615

## DEFICIENCY NOTICE

To: Leonard and Tracyann Doliveira

The above referenced petition has been filed. In order for the case to be administered, it is necessary that the item(s) described below be filed by **April 23, 2019** .

Declaration Concerning Debtors Schedules, Schedules A – J, Statement of Affairs and Statement of Current Monthly Income Certificate of Credit Counseling,

Pursuant to §521(i)(1) of the Bankruptcy Code, this case may be automatically dismissed effective on the 46th day after the date of the filing of the petition if the above listed deficiency is not corrected. Should the case be dismissed and the debtor(s) file another petition within one year, the automatic stay may be limited to 30 days or may not go into effect absent a motion and order imposing or extending the automatic stay.

The Statement of Intent must be filed by **May 9, 2019** .

The Summary of Your Assets and Liabilities and Certain Statistical Information must be filed by **April 23, 2019** .

The Certificate of Completion of pre–petition Credit Counseling Course must be filed by **April 23, 2019** .

Pursuant to Bankruptcy Rule 1008, all petitions, lists, schedules, statements, and amendments should be verified or contain an unsworn declaration as provided in 28 U.S.C. 1746.

The three day mailing period as provided for under Rule 9006(f), Federal Rules of Bankruptcy Procedure, does not apply.

DATED: April 9, 2019

Erin Donnery
Deputy Clerk